### CLINTON FREEMAN V. THE STATE.

No. 10328.    Delivered June 25, 1926.

**Theft, a Misdemeanor—No Statement of Facts.**

No statement of facts appearing in the record, the bills of exceptions cannot be approved, and the judgment is affirmed.

Appeal from the County Court of Stonewall County. Tried below before the Hon. W. S. Featherston, Judge.

Appeal from a conviction of theft, a misdemeanor, penalty a fine of $30 and twelve hours in jail.

*W. J. Arrington* of Breckenridge, for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for misdemeanor theft, punishment being a fine of $30 and twelve hours in the county jail.

No statement of facts is found in the record. Without knowledge of the facts proven the matters complained of in the bills of exception cannot be appraised.

The judgment is affirmed.

*Affirmed.*